DANIEL M. RYAN, ESQ.
Nevada Bar No. 12485
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
Email: dryan@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

\* \* \* \* \* \* \*

| | |
|---|---|
| THOMAS A. WUNDERLICH, individually, | CASE NO.: 2:21-cv-00486-JAD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff THOMAS A. WUNDERLICH, represented by his attorney Daniel M. Ryan, Esq., and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, represented by its attorneys Sean D. Cooney, Esq. and Adam C. Edwards, Esq., that Plaintiff will undergo an Independent Medical Examination on September 29, 2021, and that the following parameters will be in place:

1)  The Independent Medical Examination will last no longer than 120 minutes;

2)  Plaintiff will not wait longer than 30 minutes prior to the start of the Independent Medical Examination;

3)  The examiner will not ask Plaintiff any questions directly relating to liability, whether it be for the underlying car accident or related to insurance bad faith;

4) The examiner will not subject Plaintiff to any painfully intrusive or painful procedures during the testing; and

5) State Farm may not state to the jury, infer to the jury, or elicit testimony in front of the jury to the effect that Plaintiff or his counsel somehow agreed that the physicians or medical personnel State Farm retained were qualified and/or competent to perform the examinations based on the happening of the examination.

| THE COTTLE FIRM | CARMAN COONEY FORBUSH PLLC |
|---|---|
| DATED this 27th day of September, 2021. | DATED this 27th day of September, 2021. |
| /s/ Daniel M. Ryan | /s/ Sean D. Cooney |
| ROBERT W. COTTLE, ESQ.<br>Nevada Bar No. 4576<br>DANIEL M. RYAN, ESQ.<br>Nevada Bar No.21485<br>THE COTTLE FIRM<br>8635 South Eastern Avenue<br>Las Vegas, NV 89123<br>(702) 722-6111<br>*Attorneys for Plaintiff* | SEAN D. COONEY, ESQ.<br>Nevada Bar No. 12945<br>ADAM C. EDWARDS, ESQ.<br>Nevada Bar No. 15405<br>4045 Spencer Street, Suite A47<br>Las Vegas, NV 89119<br>Telephone: (702) 421-0111<br>Facsimile: (702) 516-1033<br>*Attorneys for Defendants* |

**IT IS SO ORDERED**:

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  September 28, 2021**