UNITED STATES OF DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. WUNDERLICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:21-cv-00486-JAD-EJY<br><br>**ORDER** |

　　　Pending before the Court is Plaintiff's Addendum to his Memorandum of Fees and Costs. ECF No. 50. At the request of the Court, the Addendum addresses Plaintiff's failure to previously provide a breakdown of who spent what time on preparation of the underlying motion. The Addendum also appears to reargue counsel's hourly rate, an issue already decided by the Court. Plaintiff was not asked to make such an argument and, more importantly, presents nothing that would warrant reconsideration under Rule 60 of the Federal Rules of Civil Procedure. Plaintiff's addendum identifies Mr. Ryan as the only counsel who did work on the underlying matter.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Addendum to Memorandum of Fees and Costs (EFC No. 50) is DENIED to the extent it seeks to reargue an issue decided by the Court without presenting any basis to do so under Rule 60 of the Federal Rules of Civil Procedure.

　　　IT IS FURTHER ORDERED that Defendant shall pay Plaintiff for 12.3 hours spent at the hourly rate of $375 an hour, for a total of $4,612.50, within 30 days of the date of this Order unless an Objection is timely filed in which case the payment, if any, is not due until after the Objection is ruled upon.

　　　Dated this 4th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1