**SAO**
**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Mutual Auto Insurance Company

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| THOMAS A. WUNDERLICH,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>Defendant | 2:21-cv-00486-JAD-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT PRETRIAL ORDER DEADLINE** *(SECOND REQUEST TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER)* |

Plaintiff THOMAS A. WUNDERLICH, through his counsel The Cottle Firm, Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "Defendant"), through their counsel Sean D. Cooney, Esq., of Carmen Cooney, Forbush, PLLC, pursuant to Local Rule IA 6-1 and 26-3 hereby stipulate and agree to a thirty (30) day extension of the deadline to file the Joint Pretrial Order. This is the second request for an extension of the Pretrial Order and is entered in good faith without any intent to delay.

1  **A.    EXTENSION OF DEADLINE TO FILE JOINT PRETRIAL ORDER:**

2  The parties are seeking to extend the deadline to file the Joint Pretrial Order
3  to December 7, 2023.

4  **B.    REASON WHY THIS STIPULATION IS NEEDED:**

5  The parties are currently engaging in settlement negotiations and are
6  $40,000 apart.  With a strong possibility of settlement, the parties wish to save the
7  unnecessary expense of preparing a pretrial order. In addition, a partner with the
8  office for defense counsel left the firm on December 1, 2023, and his workload had to
9  be distributed throughout November in anticipation of his departure.

10 **C.    REASON WHY JOINT PRETRIAL ORDER WAS NOT COMPLETED:**

11 The parties are extending the deadline to file the Joint Pretrial Order due to
12 ongoing settlement negotiations. If the parties are unable to resolve this case an
13 extension would allow sufficient time for the parties to meet and confer regarding
14 stipulated exhibits, witnesses and other matters in relation to the trial. The parties
15 submit these reasons constitute good cause under LR 26-3 for the extension.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23

This Stipulation is made in good faith and not for the purpose of delay.

DATED this 7th day of December, 2023.

| THE COTTLE FIRM | CARMAN COONEY FORBUSH PLLC |
|---|---|
| By: /s/ Robert W. Cottle | By: /s/ Sean Cooney |
| ROBERT W. COTTLE, ESQ.<br>Nevada Bar No. 4576<br>MATTHEW D. MINUCCI, ESQ.<br>Nevada Bar No. 12449<br>8635 South Eastern Avenue<br>Las Vegas, Nevada 89123<br>Phone: (702) 722-6111<br>Facsimile: (702) 834-8555<br>*Attorneys for Plaintiff* | SEAN D. COONEY, ESQ.<br>Nevada Bar No. 12945<br>ADAM C. EDWARDS, ESQ.<br>Nevada Bar No. 15405<br>4045 Spencer Street, Suite A47<br>Las Vegas, NV 89119<br>Telephone: (702) 421-0111<br>Facsimile: (702) 516-1033<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2023