1  **SEAN D. COONEY, ESQ.**
   NV Bar # 12945
2  **ADAM C. EDWARDS, ESQ.**
   NV Bar # 15405
3  **CARMAN COONEY FORBUSH PLLC**
   4045 Spencer Street Suite A47
4  Las Vegas, NV 89119
   Telephone: (702) 421-0111
5  Facsimile: (702) 516-1033
   service@ccfattorneys.com
6  Attorneys for Defendant
   State Farm Mutual Auto Insurance Company
7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10 THOMAS A. WUNDERLICH,                    2:21-cv00486-CDS-EJY

11              Plaintiff,                  **STIPULATION & ORDER**
                                            **FOR DISMISSAL**
12 v.                                       **WITH PREJUDICE**

13 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY
14
                Defendant
15

16
        **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Thomas
17
   A. Wunderlich and Defendant State Farm Mutual Auto Insurance Company by and
18
   through their respective counsel of record, that the entire matter be dismissed with
19
   prejudice, each party to bear their own fees and costs.
20

21

22

23

1    It is further stipulated that all current hearings, deadlines, trial dates, and

2    conferences on calendar shall be vacated.

3    DATED   April 8, 2024                          DATED   April 8, 2024

4    **CARMAN COONEY FORBUSH**                **THE COTTLE FIRM**
     **PLLC**

5

6    SEAN D. COONEY, ESQ.                         ROBERT W. COTTLE, ESQ.
     ADAM C. EDWARDS, ESQ.                        MATTHEW MINUCCI, ESQ.

7    Attorneys for Defendant                      Attorneys for Plaintiff
     State Farm Mutual Auto                       Thomas A. Wunderlich

8    Insurance Company

9

10   DATED   April 8, 2024                          DATED   April 8, 2024

11

12

13                              **ORDER**

14       Based on the parties' stipulation, this case is dismissed with prejudice, with each party
     to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

15   **IT IS SO ORDERED.**

16   Dated:   April 23, 2024

17

18

19   UNITED STATES ~~MAGISTRATE~~ JUDGE
                              District

20

21

22

23